IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MANNY FILM LLC,**

    **Plaintiff,**

  vs.                                    Case No. 2:15-cv-1051
                                            Judge Sargus
                                            Magistrate Judge King

**JOHN DOE, subscriber assigned
IP address 99.34.121.160,**

    **Defendant.**

## ORDER

    The docket reflects that plaintiff effected service of process on defendant Robert Richberg on August 5, 2015. ECF 10. Although defendant Richberg's answer was due on August 26, 2015, *see id.*, no answer has been filed.

    Plaintiff is **ORDERED** to report on the status of this case no later than September 15, 2015.


September 8, 2015                                  *s/Norah McCann King*
                                                      Norah McCann King
                                             United States Magistrate Judge